**LUCRETIA MEERDINK, a widow, v. THE HOUSING AUTHORITY OF WEST PALM BEACH, FLORIDA.**

7 So. (2nd) 788                                    Division B
April 21, 1942            Rehearing Denied May 14, 1942

Oscar S. Miller, for appellant.

Earnest, Lewis & Smith, for appellee.

PER CURIAM:

From a perusal of the record no error appears, therefore, the order of the circuit judge approving the findings of the Florida Industrial Commission is affirmed.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concurring.